**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re: Lee Ann  Lorito                                   Case No.: 10-_____ - BKC-_____
     SS#: 5938                                          Chapter 13

_____Debtors._____/

## DEBTOR'S STATEMENT REGARDING FILING OF PAYMENT ADVICES OR OTHER EVIDENCE OF PAYMENT REQUIRED BY 11 U.S.C. §521 (a)(l)(B)(iv)

Debtor: Lee Ann Lorito

_____ Copies of all payment advices, pay stubs or other evidence of payment received by the Debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days).

_____

_____ Copies of all payment advices **are not** attached because the Debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of all payment advices **are not** attached because the Debtor:
    ____ receives disability payments
    ____ is unemployed and does not receive unemployment compensation
    ____ receives Social Security payments
    ____ receives a pension
    ____ does not work outside the home
    ____ is self employed and does not receive payment advices

_____ None of the statements above apply, however, the Debtor is unable to timely provide some or all copies of payment advices or other evidence of payments received.
    Explain: _____.

_____                    ___1/29/10_____
Lee Ann Lorito                                                        Date

_____                    ___1/29/10_____
The Law Firm of Hoskins, Turco, Lloyd & Lloyd              Date
By: Colin V. Lloyd, Esquire
302 South 2nd Street
Fort Pierce, FL 34950
(772) 464-4600  ext. 30
(772) 465-4747  fax