UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Lee Ann Lorito                           CASE NO.:_____
Last Four Digits of SS# __5938_____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __48__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $__242.47_____ for months __1__ to __48__;
  B.  $_____ for months _____ to _____;
  C.  $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 4,400.00 ($3,650.00 + $750 MTV)  TOTAL PAID $ __1,000.00__
                Balance Due  $ 3,400.00  payable $ 136.00 /month (Months __1__ to __25__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____         Arrearage on Petition Date $_____
Address:_____          Arrears Payment    $_____/month (Months ____ to ____)
       _____           Regular Payment    $_____/month (Months ____ to ____)
Account No: _____

2. *Riverside National Bank*        PAY-OFF TOTAL $ 3,351.00  payable $ 84.43 /month (Months __1__ to __48__)
acct...2355                         [payment includes 7% interest for total payments of $4,052.64]

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Bank, NA and/or Wachovia Bank, N.A. f/k/a World Savings Bank, FSB  Acct....7805 | 1060 Amethyst Drive SW, Vero Beach, FL 32968  $240,000.00 | 0 % | $0.00 | __1__ To __48__ | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____   Total Due $_____
                            Payable  $_____/month (Months____ to ____)

Unsecured Creditors: Pay $__136.00_____/month (Months __26__ to __48__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:  Debtor surrenders property(5200 Sapphire Lane SW, Vero Beach, FL) securing Diamond Lake Homeowners Association of Vero Beach, Inc., Indian River County Tax Collector, and Wachovia Bank, N.A.(re 1st and 2nd mortgages acct #6313 and acct...6230). Westgate Resorts(acct....1111) to be paid directly. Wells Fargo Bank, NA f/k/a Wachovia Bank, N.A.(re: 1st mortgage on 1060 Amethyst Drive SW, Vero Beach, FL 32968-acct...7508), Diamond Lake Homeowners Association of Vero Beach, Inc.(re:1060 Amethyst Drive SW, Vero Beach, FL 32968) and Indian river County Tax Collector(re:1060 Amethyst Drive SW, Vero Beach, FL 32968) to be paid directly.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Lee Ann Lorito_____
Debtor
Date: 1/29/10
LF-31 (rev. 01/08/10)